IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Medina, Sergio

Printed: 11/13/07

Case Number: 07 B 13910
Judge: Wedoff, Eugene R
Filed: 8/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | America's Wholesale Lenders | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 6. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 7. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 8. | America's Wholesale Lenders | Secured | 0.00 | 0.00 |
| 9. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 10. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Medina, Sergio

Printed: 11/13/07

Case Number: 07 B 13910
Judge: Wedoff, Eugene R
Filed: 8/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_